1
2
3
4

Joseph R. Manning, Jr. (SBN 223381)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

5

*Attorneys for Plaintiff*

6

GEORGE AVALOS

7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

11
12
13

GEORGE AVALOS, an
individual,

14

Plaintiff,

15

v.

16
17
18
19

J.A. WALL & SONS LLC, a
California limited liability
company; and DOES 1-10,
inclusive,

20

Defendants.

Case No.: 2:20-cv-02423-MWF-JEM

Hon. Michael W. Fitzgerald

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41(a)(1)(A)(i)**

Complaint Filed: March 13, 2020
Trial Date: None

21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1

2 **TO THE COURT AND ALL PARTIES:**

3    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

4 Plaintiff George Avalos ("Plaintiff") requests that this Court enter a dismissal

5 without prejudice of Plaintiff's Complaint in the above-entitled action, as to its

6 entirety. Each party shall bear his or its own costs and attorneys' expenses.

7

8                                              Respectfully submitted,

9

10    DATED : April 8 2020          **MANNING LAW, APC**

11                                            By: /s/ *Joseph R. Manning, Jr.*
                                                   Joseph R. Manning, Jr.
12                                                 Attorney for Plaintiff
13                                                 George Avalos

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

I certify that on April 8, 2020 I electronically filed the foregoing document

3

with the Clerk of the Court using CM/ECF. I also certify that the foregoing

4

document is being served this day on counsel of record in this action via email

5

transmission and via transmission of Electronic Filing generated by CM/ECF.

6

Respectfully submitted,

7

8

Dated: April 8, 2020                                    **MANNING LAW, APC**

9

10

By:      */s/ Joseph R. Manning, Jr., Esq.*

11

Joseph R. Manning, Jr., Esq.
Attorney for Plaintiff,

12

George Avalos

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2